09-1987-cv
Eitzen Bulk A/S v. Capex Industries A/S

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.  WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").  A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

**SUMMARY  ORDER**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of February,  two thousand and ten.

Present:       ROSEMARY S. POOLER,
               BARRINGTON D. PARKER,
               DEBRA ANN LIVINGSTON,
                    Circuit Judges.

_____

EITZEN BULK A/S,

                                   Plaintiff-Appellant,

              -v-                                    (09-1987-cv)

CAPEX INDUSTRIES LTD.*,

                                   Defendant-Appellee.


_____


Appearing for Appellant:      Peter J. Gutowski, Freehill Hogan & Mahar, LLP, (Manuel A. Molina, on the brief), New York, New York.

Appearing for Appellee:       Simon Harter, Esq., New York, New York.

_____

* The parties agree that the proper name for defendant-appellee is Capex Industries Ltd., not Capex Industries A/S as indicated in the official caption.  The clerk is directed to correct the official caption.

Appeal from the United States District Court for the Southern District of New York (Jones, J.).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **VACATED** and **REMANDED**.

Appellant Eitzen Bulk A/S appeals both a March 25, 2009 and April 29, 2009 order of the United States District Court for the Southern District of New York (Jones, J.). While this appeal was sub judice, we decided *The Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte. Ltd.*, 585 F.3d 58 (2d Cir. 2009), in which we overruled *Winter Storm Shipping, Ltd. v. TPI*, 310 F.3d 263 (2d Cir. 2002), and held that electronic fund transfers being processed by intermediary banks are no longer subject to attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. Also while this appeal was sub judice, we decided *Hawknet, Ltd. v. Overseas Shipping Agencies*, 590 F.3d 87 (2d Cir. 2009), and held that our decision in *The Shipping Corp.* applied retroactively. Accordingly, we **VACATE** the district court's orders and **REMAND** the matter for consideration in light of these recent decisions.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk